# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana 

| | |
|---|---|
| Lori Shaver ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-3871 |
| PALLADIUM-ITEM a/k/a GANNETT CO., INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Lori Shaver

Date: 12/07/2018

/s/ Kenyatta P. Cox
*Attorney's signature*

Kenyatta P. Cox  25730-89
*Printed name and bar number*

814 East Main Street
Richmond, IN 47374

*Address*

kcox@worksupra.com
*E-mail address*

(765) 373-9360
*Telephone number*

(765) 373-9360
*FAX number*